RAMIN R. YOUNESSI, Bar No.
SAMANTHA ORTIZ, Bar No. 312503
AZUCENA D. PORTILLO, Bar No. 349834
LAW OFFICES OF RAMIN R. YOUNESSI, APLC
3435 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90010
Telephone: 213.480.6200
Facsimile: 213.480.6201
Email: ryounessi@younessilaw.com

Attorneys for Plaintiff
VLADIMIR MILLAN

MICHAEL HOFFMAN, Bar No. 162496
CONOR D. MACK, Bar No. 253878
ARENA HOFFMAN LLP
220 Montgomery Street, Suite 905
San Francisco, CA 94104
Telephone: 415.433.1414
Facsimile: 415.520.0446
Email: mhoffman@arenahoffman.com

Attorneys for Defendants AUTOZONERS, LLC and AUTOZONE, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| VLADIMIR MILLAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONERS, LLC DBA AUTOZONE; a limited liability company; AUTOZONE, INC., a corporation; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 5:24−cv−00432 JGB (DTBx)<br><br>**ORDER FOR BINDING ARBITRATION AND STAY OF THE ACTION** |

1  Pursuant to the Parties' stipulation and good cause appearing, the action is
2  referred to binding arbitration pursuant to the following terms:

3  1.  Plaintiff is domiciled in California and Defendants AutoZoners, LLC and
4  AutoZone, Inc. are entities not domiciled in California, and that the amount in
5  controversy exceeds $75,000.

6  2.  Plaintiff and Defendants entered into the Dispute Resolution Agreement
7  16.1 (the "DRA"), attached hereto as Exhibit A, in connection with Plaintiff's
8  employment.  Plaintiff and Defendants consent to binding arbitration under the DRA
9  for all disputes arising from Plaintiff's employment.

10  3.  The Federal Arbitration Act ("FAA") governs the DRA.  No aspect of the
11  California Arbitration Act applies to the DRA or any arbitration.

12  4.  The American Arbitration Association ("AAA") will be the administrator
13  of the arbitration.  The arbitrator will be selected through Rule 12 of the AAA
14  Employment Arbitration Rules (2023).

15  5.  For purposes of affording adequate discovery, as used in the DRA, the
16  parties will use the AAA discovery protocols and disclosure procedure in the AAA
17  Employment Arbitration Rules; where not covered by AAA Employment Arbitration
18  Rules, the Federal Rules of Civil Procedure shall apply.  No aspect of the California
19  Discovery Act, the California Code of Civil Procedure, nor the California Rules of
20  Court applies to discovery (*e.g.,* no form interrogatories).  The arbitrator has discretion
21  to impose reasonable limits on discovery, subject to relief or expansion by any party
22  upon a showing of good cause.

23  6.  As part of the discovery process above, the arbitrator may issue non-party
24  discovery subpoenas for depositions and production of documents, enforceable in this
25  Court.  Trial subpoenas shall also be issued and enforceable in this Court under the
26  FAA.

27  7.  Pursuant to the DRA, the parties have the right to file motions without
28  seeking leave or permission from the arbitrator, including a motion for summary

1  judgment and/or summary adjudication.  The Federal Rules of Civil Procedure and
2  associated standards, such as Fed. R. Civ. P. 56, apply to said motions.  No aspect of
3  the California Code of Civil Procedure or the California Rules of Court applies to any
4  motions, including but not limited to California Code of Civil Procedure section 437c
5  and its related case law nor the California Rules of Court.

6  8.  Except as otherwise provided in the DRA and this Order, the AAA
7  Employment Arbitration Rules and orders of the arbitrator shall govern the arbitration.

8  9.  The action is stayed for purposes of entering judgment, enforcing an
9  award, and enforcing subpoenas.  All pending Court hearings are vacated.

11  **IT IS SO ORDERED.**

13  Dated: July 12, 2024

_____
Jesus G. Bernal
United States District Judge

# EXHIBIT A

**AutoZone Dispute Resolution Agreement 16.1**

Haz clic aquí para ver o imprimir el documento en español. *(***Click here** *to view or print the document in Spanish.)* Nota, la versión en inglés de este documento es la que rige. *(Note, the English version of this document controls.)*

### Applicability

This document does not apply to AutoZoners whose original hire date is prior to November 1, 2011 and who have opted out of AutoZone's Dispute Resolution Agreement 2011.

### Introduction

This Dispute Resolution Agreement (Agreement) is intended to provide a timely and fair procedure for you ("AutoZoner") and AutoZone to resolve disputes that arise out of your employment. AutoZoners are encouraged to initially address any concerns, questions, complaints and disputes through AutoZone's Respect in the Workplace Reporting procedure or Problem Solving Procedure, and this Agreement is not intended to be a substitute for the utilization of these procedures. Reference: Policy Center/Handbook

### Arbitration Requirement

Except as otherwise noted, this Agreement requires all such disputes to be resolved only by an arbitrator through final and binding arbitration and not by way of court or jury trial.

### Applicable Law

This Agreement is governed by the Federal Arbitration Act, 9 U.S.C. Section 1 et seq. and is a transaction involving commerce.

### Applicable Disputes

This Agreement applies to any dispute arising out of or related to AutoZoner's employment with AutoZone or one of its affiliates, subsidiaries or parent companies or termination of employment.

Except as it otherwise provides, this Agreement is intended to apply to the resolution of disputes that otherwise would be resolved in a court of law. Such disputes include without limitation disputes arising out of or relating to interpretation or application of this Agreement, but not as to the enforceability, revocability or validity of the Agreement or any portion of the Agreement. The Agreement also applies, without *limitation*, to disputes regarding the employment relationship, any city, county, state or federal wage- hour law, trade secrets, unfair competition, compensation, meal periods and rest breaks, uniform maintenance, training, termination, retaliation, or harassment and claims arising under the Uniform Trade Secrets Act, Civil Rights Act of 1964, Americans With Disabilities Act, Age Discrimination in Employment Act, Family Medical Leave Act, Fair Labor Standards Act, Employee Retirement Income Security Act, Genetic Information Non-Discrimination Act, and state statutes, if any, addressing the same or similar subject matters, and all other state statutory and common law claims (excluding workers compensation, state disability insurance and unemployment insurance claims).

### Administrative Claims

Claims may be brought before an administrative agency but only to the extent applicable law permits access to such an agency notwithstanding the existence of an agreement to arbitrate. Such administrative claims include without limitation claims or charges brought before the Equal Employment Opportunity Commission (www.eeoc.gov), the U.S. Department of Labor (www.dol.gov), the National Labor Relations Board (www.nlrb.gov), or the Office of Federal Contract Compliance Programs (www.dol.gov/esa/ofccp). Nothing in this Agreement shall be deemed to

# AutoZone Dispute Resolution Agreement 16.1

preclude or excuse a party from bringing an administrative claim before any agency in order to fulfill the party's obligation to exhaust administrative remedies before making a claim in arbitration.

### Disputes Not Covered

Disputes that may not be subject to pre-dispute arbitration agreement as provided by the Dodd-Frank Wall Street Reform and Consumer Protection Act (Public Law 111-203), as well as the California Private Attorney General Act (PAGA), are excluded from the coverage of this Agreement.

### Fee Responsibility

Each party will pay the fees for his, her or its own attorneys, subject to any remedies to which that party may later be entitled under applicable law. However, in all cases where required by law, AutoZone will pay the arbitrator's and arbitration fees. If under applicable law AutoZone is not required to pay all of the arbitrator's and/or arbitration fees, such fee(s) will be apportioned between the parties in accordance with applicable law, and any disputes in that regard will be resolved by the arbitrator.

### Arbitrator Selection

The arbitrator shall be selected by mutual agreement of AutoZone and the AutoZoner. Unless the AutoZoner and AutoZone mutually agree otherwise, the arbitrator shall be an attorney licensed to practice in the location where the arbitration proceeding will be conducted or a retired federal or state judicial officer who presided in the jurisdiction where the arbitration will be conducted. If for any reason the parties cannot agree to an arbitrator, either party may apply to a court of competent jurisdiction with authority over the location where the arbitration will be conducted for appointment of a neutral arbitrator. The court shall then appoint an arbitrator, who shall act under this Agreement with the same force and effect as if the parties had selected the arbitrator by mutual agreement.

### Arbitration Location

The location of the arbitration proceeding shall be no more than 45 miles from the place where the AutoZoner last worked for AutoZone, unless each party to the arbitration agrees in writing otherwise. If the AutoZoner no longer resides in the general geographical vicinity where he or she last worked for AutoZone, the AutoZoner and AutoZone shall agree to a location of the arbitration within 45 miles of where the AutoZoner resides.

### Demand for Arbitration

A demand for arbitration must be in writing and delivered by hand or first class mail to the other party within the applicable statute of limitations period. Any demand for arbitration made to AutoZone shall be provided to AutoZone Legal Department, P. O. Box 2198, Memphis, TN 38101-9842. The arbitrator shall resolve all disputes regarding the timeliness or propriety of the demand for arbitration.

### Parties' Rights During Arbitration

In arbitration, the parties will have the right to conduct adequate civil discovery, bring dispositive motions, and present witnesses and evidence as needed to present their cases and defenses, and any disputes in this regard shall be resolved by the arbitrator.

### Post Arbitration

Within 30 days of the close of the arbitration hearing, any party will have the right to prepare, serve on the other party and file with the arbitrator a brief. The arbitrator may award any party any remedy to which that party is entitled under applicable law, but such remedies shall be limited to

# AutoZone Dispute Resolution Agreement 16.1

those that would be available to a party in his or her individual capacity in a court of law for the claims presented to and decided by the arbitrator, and no remedies that otherwise would be available to an individual in a court of law will be forfeited by virtue of this Agreement. The arbitrator will issue a decision or award in writing, stating the essential findings of fact and conclusions of law. Except as may be permitted or required by law, as determined by the arbitrator, neither a party nor an arbitrator may disclose the existence, content, or results of any arbitration hereunder without the prior written consent of all parties. A court of competent jurisdiction shall have the authority to enter a judgment upon the award made pursuant to the arbitration. The arbitrator shall not have the power to commit errors of law or legal reasoning.

## Class Action Waiver

**There will be no right or authority for any dispute to be brought, heard or arbitrated as a class, collective or representative action ("Class Action Waiver"), and this Class Action Waiver means neither party will have the right to participate in or be a representative plaintiff in a class, collective or representative action.**

Notwithstanding any other clause contained in this Agreement, the preceding sentence shall not be severable from this Agreement in any case in which the dispute to be arbitrated is brought as a class, collective or representative action.

Although an AutoZoner will not be retaliated against, disciplined or threatened with discipline as a result of his or her exercising his or her rights under Section 7 of the National Labor Relations Act by the filing of or participation in a class, collective or representative action in any forum, AutoZone may lawfully seek enforcement of this Agreement and the Class Action Waiver under the Federal Arbitration Act and seek dismissal of such class, collective or representative actions or claims. Notwithstanding any other clause contained in this Agreement, any claim that all or part of the Class Action Waiver is unenforceable, unconscionable, void or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator.

## No Retaliation

It is against AutoZone's policy for any AutoZoner to be subject to retaliation if he or she exercises his or her right to assert claims under this Agreement. If any AutoZoner believes that he or she has been retaliated against by anyone at AutoZone, the AutoZoner should immediately report this to the Human Resources department.

## Enforceability of the Agreement

This Agreement is the full and complete agreement relating to the formal resolution of employment-related disputes.

Except as stated above regarding the Class Action Waiver, in the event any portion of this Agreement is deemed unenforceable, the remainder of this Agreement will be enforceable. If the Class Action Waiver is deemed to be unenforceable, AutoZone and AutoZoner agree that this Agreement is otherwise silent as to any party's ability to bring a class, collective or representative action in arbitration.

## Acknowledgement of Receipt

I apply my electronic signature in AutoZone Policy Center to

- confirm that I have received the Dispute Resolution Agreement, and

**AutoZone Dispute Resolution Agreement 16.1**

- agree to be bound by the terms in the Agreement.

**Questions?**

Direct questions about dispute resolution to your manager/supervisor, HR or AutoZoner Relations.